370 A.2d 747

COMMONWEALTH of Pennsylvania

v.

Terrance Michael SANCHEZ, Appellant.

Superior Court of Pennsylvania.

Submitted Nov. 8, 1976.

Decided March 3, 1977.

Thomas P. Ruane, Jr., Uniontown, for appellant.

Conrad B. Capuzzi, District Attorney, Uniontown, for appellee.

Before WATKINS, President Judge, and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

PER CURIAM:

Appellate counsel's appeal and petition for permission to withdraw are transferred to the jurisdiction of the Commonwealth Court pursuant to the Appellate Court Jurisdiction Act of July 31, 1970, P.L. 673, 17 P.S. § 211.401(a)(1); *Moore v. Roth,* 231 Pa.Super. 464, 331 A.2d 509 (1974), for a determination whether counsel's request conforms to the requirements of *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); *Commonwealth v. Greer,* 455 Pa. 106, 314 A.2d 513 (1974); *Commonwealth v. Jones,* 451 Pa. 69, 301 A.2d 811 (1973); *Commonwealth v. Baker,* 429 Pa. 209, 239 A.2d 201 (1968).